UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                          Plaintiff,           :        WAIVER OF SERVICE
                                                             :        <u>OF SUMMONS UNEXECUTED</u>

      -against-

                                     ___ Civ. _____ (        ) (        )

                            Defendant(s).
------------------------------------------------------------------X

The New York City Department of Correction declines on behalf of the defendants listed below to waive service of summons and complaint in this case.

Date:_____              _____
                                                                          *signature of attorney*

                                                                         _____
                                                                         *printed name of attorney*
                                                                         Department of Correction
                                                                         Office of the General Counsel
                                                                         75-20 Astoria Blvd., Suite 305
                                                                         East Elmhurst, NY 11370

_____
*printed name of party waiving service*

_____
 *printed name of party waiving service*

_____
*printed name of party waiving service*

_____
*printed name of party waiving service*

_____
*printed name of party waiving service*